

Anthony C. Valenziano
Counsel

T. 973.302.9696   F. 973.302.9947
avalenziano@shermanatlas.com

January 5, 2022

**VIA ECF**

Hon. Allyne R. Ross, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Utnicki v. JPMorgan Chase Bank, N.A.*
           **Civil Action No.: 1:21-cv-06108(ARR)(RER)**

Dear Judge Ross:

This firm represents defendant JPMorgan Chase Bank, N.A. ("Chase Bank"), in the above matter. Chase Bank respectfully requests an extension of time to answer, move or otherwise respond to Plaintiffs' Complaint, which would make Chase Bank's deadline to respond to the Complaint January 21, 2022.  Counsel for Plaintiffs has consented to this request.

Chase Bank has not previously requested an extension of time. The requested extension does not affect any other scheduled dates or deadlines.  Chase Bank is requesting the extension so that it may review Plaintiffs' allegations and investigate Plaintiffs' claims.

Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/Anthony C. Valenziano
Anthony C. Valenziano

cc:  Counsel of Record (via ECF)

4880-5713-2808, v. 2